IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02677-BNB

LESLIE M. WILSON,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, d/b/a PEOPLE OF THE STATE OF
    COLORADO,
COLORADO DEPARTMENT OF CORRECTIONS,
ARISTEDES ZAVARAS, Executive Director,
CORRECTIONS CORPORATION OF AMERICA, d/b/a KIT CARSON CORRECTIONAL
    CENTER, and
AVRIL CHAPMAN, Warden, Trustee-in-Fiction,

    Respondents.

---

## ORDER OVERRULING OBJECTION

---

This matter is before the Court on the motion titled "Motion to Object" that

Applicant, Leslie M. Wilson, submitted to and filed with the Court *pro se* on November

12, 2010.

Mr. Wilson objects to Magistrate Judge Boyd N. Boland's November 3, 2010,

Order to Cure. Therefore, the Court will construe the motion liberally as an objection

filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection

will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter

designated to a magistrate judge to hear and determine where it has been shown that

the magistrate judge's order is clearly erroneous or contrary to law. The Court

concludes that Magistrate Judge Boland's November 3 order is neither clearly

erroneous nor contrary to law.  Therefore, Mr. Wilson's liberally construed objection will be overruled.  Accordingly, it is

ORDERED that the motion titled "Motion to Object" that Applicant, Leslie M. Wilson, submitted to and filed with the Court *pro se* on November 12, 2010, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and the objection is overruled.  It is

FURTHER ORDERED that Mr. Wilson will be allowed **thirty (30) days from the date of this order** in which to cure the deficiencies designated in the November 3 order.  Failure to do so within the time allowed will result in the dismissal of the instant action.

DATED at Denver, Colorado, this 16th day of November, 2010.

BY THE COURT:

Christine M Arguello

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02677-BNB

Leslie M. Wilson
Prisoner No.  82362
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _11/16/10_

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk